

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00445-CV

| | | |
|---|---|---|
| Dana Paige Applewhite | § | From the 158th District Court |
| | § | of Denton County (2010-20905-158) |
| v. | § | February 27, 2014 |
| William Carl Applewhite, Jr. | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
Justice Bill Meier